# EXHIBIT 1

# EXHIBIT 1

# reviewjournal.com


PRINT THIS
Powered by Clickability

Aug. 14, 2010
Copyright © Las Vegas Review-Journal

## Warden, other employees resign from prison in escape fallout

DAVE HAWKINS
SPECIAL TO THE LAS VEGAS REVIEW-JOURNAL

KINGMAN, Ariz. -- Key personnel have resigned their posts at a privately operated state prison where three dangerous inmates escaped last month. The Management & Training Corporation, which houses 3,500 minimum- and medium-security inmates at the Arizona State Prison-Kingman, confirmed the departures Friday.

"MTC accepted the resignation of Warden Lori Lieder and her unit's chief of security this week," MTC spokesman Carl Stuart said. Lieder and the security chief were administrators at the Hualapai Unit, the medium security wing of the complex from which the inmates made their July 30 getaway.

Arizona Department of Corrections Director Charles Ryan said he has directed changes and upgrades in security and operations protocols at the prison. Increased perimeter patrols and increased control and restriction of inmate movement within the units are among his directives. MTC operates 11 private prisons, including two in Arizona.

Two convicted killers who escaped from the facility have been recaptured, but John McCluskey, convicted of attempted murder and other charges, and fiancee Casslyn Welch remain at large.

Welch was detained after trying to bring heroin into the prison six weeks before the escape. Police reports show Welch admitted she had delivered heroin to the facility on three prior occasions, picking up the drugs from two men in Phoenix she believed were members of the Aryan Brotherhood.

Jamie Clark, supervisor of a Kingman-based narcotics task force, confirmed Friday that Welch had agreed to serve as an informant in the prison drug smuggling investigation to avoid being charged. State and federal authorities said she instead returned to the facility and supplied a getaway vehicle, cash, clothes, weapons and a tool the inmates used to cut through fences and escape.

**Find this article at:**
http://www.lvrj.com/news/warden--other-employees-resign-from-prison-in-escape-fallout-100678314.html

☐ Check the box to include the list of links referenced in the article.

Copyright © Las Vegas Review-Journal, 1997 - 2008

Go Green! Subscribe to the electronic Edition at www.reviewjournal.com/ee/

# EXHIBIT 2

# EXHIBIT 2

Case 2:10-cv-01575-JCM-PAL   Document 1-1   Filed 09/14/10   Page 4 of 20

# THE PAHRUMP LIFE

**We the People
working to restore the dreams that brought us to Sweet Home Pahrump.
...........And that means no Prison in the town limits.**

To get the best timeline understanding of what we in Pahrump have experienced concerning the for-profit prison elbowing its way onto prime property in the center of our town, first time visitors to this website, may want to begin navigating the site from the right-hand column of the webpage, perhaps beginning with Dee Hubbard's interview (bottom entry under Important Historical Documents ), published by the Mirror, and you can scroll toward the bottom of that column under Blog Archive to find all the posts on the website. Videos, Important Documents, and Meetings are in the same column toward the top.

ANY COMMENTS CAN BE VIEWED BY CLICKING ON COMMENTS UNDER BLOGS.

## Time/CNN Error

It has come to our attention that Pahrump's friend Donna Como, the woman who testified before the Nye County Board of County Commissioners on December 16, 2008 against Corrections Corporation of America was apparently unintentionally misrepresented in an August 3, 2010, Time/CNN photo essay concerning her invitational visit to Fremont County Colorado to be interviewed as an expert.



In the Time/CNN web presentation Donna is described - perhaps in a bad translation from French - as a former prisoner who lived behind bars for 20 years when in fact the true explanation would be that Ms Como **worked for 20 years for prisons with duties as a pod manager and as an accreditation manager.**

Donna's valiant effort in Pahrump to thwart the impending CCA for-profit prison in Pahrump is on pahrumplife at the following URL:
http://www.pahrumplife.org/2009_09_01_archive.html

LINKS

http://nyecountyrobbery.net/
http://www.privateci.org/
https://www.prisonlegalnews.org/Default.aspx

FYI

POSTED BY MICHAEL SCACCIA PAHRUMPLIFE AT 8/16/2010 07:25:00 PM
0 COMMENTS

## MTC sacks AW and Security Chief at Kingman

Here is yet another story - told this time by the Las Vegas Review Journal - about a typical sorry "For Profit Private Prison," with a sorry staff, over all, exemplifying a sorry state of affairs. Understaffed, continually promising before and after the fact, breaking promises, promising to do better but clearly continuing to engender and enable riots and escapes, the For Profit Prison System is a gold mine for some and their attorneys. This should have been clear and should be, day by day, getting clearer to our commissioners who authorized the prison and its location in Pahrump Nevada right smack in the middle of town. Do they care?

The following sent by Frank Smith FYI:

http://www.lvrj.com/news/warden--other-employees-resign-from-prison-in-escape-fallout-100678314.html

Las Vegas Review-Journal
Aug. 14, 2010

* Warden, other employees resign from prison in escape fallout*

DAVE HAWKINS

SPECIAL TO THE LAS VEGAS REVIEW-JOURNAL

KINGMAN, Ariz. -- Key personnel have resigned their posts at a privately operated state prison where three dangerous inmates escaped last month. The Management & Training Corporation, which houses 3,500 minimum- and medium-security inmates at the Arizona State Prison-Kingman, confirmed the departures Friday.

"MTC accepted the resignation of Warden Lori Lieder and her unit's chief of security this week," MTC spokesman Carl Stuart said. Lieder and the security chief were administrators at the Hualapai Unit, the medium security wing of the complex from which the

CCSC Meeting: Every Monday 6:00 PM, 110 S Emery.

BOCC Meetings: First and Third Tuesdays, 10:00 a.m.

Town Board Meetings: Second and Fourth Tuesdays, 7:00 p.m.

PRESENTATION OF SOME OF THE OCTOBER 2009 OBJECTION LETTERS TO THE PUCN

Short Form Letter to the PUCN Oct. 09

MS Form letter to the PUCN, Oct. 09

Mike Miraglia's Letter

Kenny Bent's Letter

CONTACT INFO

pahrumplife@yahoo.com

OVER 150 OF THESE LETTERS SIGNED AND SENT TO THE PUCN ON OR BEFORE JUNE 10, 2009.

PUCN Hearing Request - Short

PUCN Hearing Request - Long

IMPORTANT HISTORICAL DOCUMENTS

inmates made their July 30 getaway.

Arizona Department of Corrections Director Charles Ryan said he has directed changes and upgrades in security and operations protocols at the prison. Increased perimeter patrols and increased control and restriction of inmate movement within the units are among his directives. MTC operates 11 private prisons, including two in Arizona.

Two convicted killers who escaped from the facility have been recaptured, but John McCluskey, convicted of attempted murder and other charges, and fiancee Casslyn Welch remain at large.

Welch was detained after trying to bring heroin into the prison six weeks before the escape. Police reports show Welch admitted she had delivered heroin to the facility on three prior occasions, picking up the drugs from two men in Phoenix she believed were members of the Aryan Brotherhood.

Jamie Clark, supervisor of a Kingman-based narcotics task force, confirmed Friday that Welch had agreed to serve as an informant in the prison drug smuggling investigation to avoid being charged. State and federal authorities said she instead returned to the facility and supplied a getaway vehicle, cash, clothes, weapons and a tool the inmates used to cut through fences and escape.

POSTED BY MICHAEL SCACCIA PAHRUMPLIFE AT 8/15/2010 02:00:00 PM
0 COMMENTS

## Expansion in Arizona?: CCA sitting on 12,000 empty beds

Industry prospects.

I predicted this downturn in March '08, but the industry was engaged in a frenetic overbuilding and they weren't listening to anyone whom they considered an "enemy."

Besides CCA's problems, "empties" include GEO's Baldwin, Michigan expanded (1,889-beds) prison, empty for years, empty jails/prisons at Littlefield, TX and Hardin, MT, with no operators or prospects.

[Please be patient when downloading - some files are big.]

After viewing these URLs, use the back arrow at the upper left to get back to Pahrump Life.

Zone Change Special Conditions of Approval

Mike MIraglia's Letter, Observations re RPC

Willow Creek Complaint February 2009

Carol Kollopp's Letter re VEA Rate Hike and Prison Advocacy

Ordinance 336

Venue Change Motion - OFDT Case Nov, 09

Officer Sues CCA for $14 mil/From Frank Smith Oct 31, 09

IRONY OF IRONIES/Frank Smith Oct 09

WE ARE THE EXPERIMENT, FLYER

Dan Rather Reports - Private Prisons - Episode One Transcript - June 2009

Franks Letter to the PUCN June 2009

Kenny's Letter to the PUCN June 2009

Pearl's Letter to the PUCN June 2009

Mike's Letter to the PUCN June 2009

Cease And Desist Letter Re Water Use - May 26 2009

Judy's Letter to Commissioner Hollis - May 19 2009

Appeal to the BOCC - Jan 9 2009 - Declined

Final Development Agreement -

Frank Smith

From: "Ken Kopczynski"
To: kenk@privateci.org

Tennessee: CCA sitting on 12,000 empty beds

http://www.tennessean.com/article/20100809/BUSINESS01/8090314/2047/NEWS01

**Stalled CCA prison hurts Trousdale County**
By Getahn Ward • THE TENNESSEAN • August 9, 2010

HARTSVILLE, Tenn. — By now, Trousdale County had hoped to be generating $1.5 million a year in new property tax revenues and having 350 people at work in a prison that Corrections Corporation of America planned to build here.

Instead, concrete cells built in advance of the construction sit dormant not far from the building site. They're a reminder that the project remains on hold as CCA and other private prison companies deal with an oversupply of beds nationally amid weaker demand from states faced with budget difficulties.

Trousdale County may have to wait even longer because CCA has 12,500 unoccupied prison beds to fill around the country. Except for a 1,072-bed detention center in Nevada, and expansions at a pair of Georgia prisons, CCA has halted new construction — especially of facilities for which it doesn't have signed contracts that would put prisoners in those beds.

Here, the uncertainty of what lies ahead weighs on the minds of county officials who must deal with their own budget problems. A proposed county budget to be discussed Tuesday seeks roughly an 8 percent increase in property taxes in Tennessee's smallest county by land size — with a population of about 9,000 — to raise $250,000. Without the funds, there could be cuts in key services.

"A lot of people felt like (CCA) let us down," said Jerry Clift, the former county executive who now heads the five-county Four Lake

January 8 2009 - Rewritten and Signed Without Public Viewing
Draft Development Agreement - Nov - Dec - Amended and Adopted Dec 16 2008
Citizens' Amendments to the Proposed CCA Development Agreement Nov, 2008
We The People - Oct 2008
Biological Opinion - Signed - Dated Sept 30 2008
BOCC Meeting and Cotler Appointment - Sept 24 2008
Response to CCA's 20 Questions Non-Response - Sept 15 2008
Can't Sleep - Pearl West - Sept 08
Points to Ponder - Sept 8 2008
Inmate Transport Figures - Speech and Letter to BOCC - Sept 08 - Pearl West
20 Questions Under FOIA to CCA - Sept 7 2008
Why We Would Want FOIA at CCA - August 24 2008
CCA Media Reports - to the Commissioners - July 28 2008
Prison Booklet - Conferred to BOCC - July 2008
Second Letter To the Commissioners - July 2 2008
Contract Award - May 19, 2008
NEPA Explained - May 10 2008
First Letter to the Commissioners - May 2008
A Zone Changing Connection to Seller of E. Mesquite Prison Property- June 2007
Scoping Meeting Transcript June 19, 07
Di Massa Article on the Wisdom of Dee Hubbard - Feb 1 2007

Authority, which sold land to Nashville-based CCA for its planned prison. The regional industrial development authority spent $1.5 million to bring water, sewerage and fiber optic lines to the site, officials said.

CCA itself has spent roughly $27.5 million, mostly to pay for the prefabricated concrete cells, but those potentially could be transferred to other projects. Also, if CCA honors a promise to advance the county $250,000 toward building permit fees, it could help ease the current budget pressures.

"But then again, having this will just be a one-year Band-Aid," said County Executive Tim Roberson, who added that he understands how CCA's business considerations stalled the prison. "If new or additional tax revenue doesn't come in next year, we'll be in the same shape as we are right now."

'Looking for anything'

Trousdale's difficulty recruiting industry or creating jobs is illustrated by the county's double-digit unemployment rate and vacant warehouses along the way to CCA's site at the PowerCom Industrial Center off state Highway 25.

Unemployment stood at 10.5 percent in June, slightly above the statewide average. County government and a plant that makes compressor valves for the refrigeration market are Trousdale's biggest employers with 200 workers each, along with the 108-employee Trousdale Medical Center and banks.

Seven years ago, Trousdale passed up a chance to land a $1.1 billion uranium enrichment plant, which could have brought 400 construction jobs and 250 permanent jobs, because of residents' concerns about how byproducts would be stored.

Subsequently, talks of a prison picked up steam, culminating in CCA's February 2008 announcement of its plans to build a 2,040-bed prison that was expected to be finished earlier this year.

"Economically, we were looking for anything to bring industry, jobs into the community and taxes," Clift said.



VIDEO OF MR. ZABARTE, SECRETARY OF STATE OF THE WESTERN SHOSHONE GOVERNMENT, AT LAS VEGAS COMPLEX TRANSFORMATION HEARINGS.......Reference NOT THE WATER FROM THAT ROCK posted in May 2009.



Amy Goodman

PRISON VIDEOS

Democracy Now: For-Profit Prison Example Video

PBS: NOW: Prisons for Profit (click on video title under jail picture)

PBS: NOW: Immigrant Detainees (click on video title under handcuffs picture)



### Filling vacancies is focus

For its part, CCA was making a bet that clients such as the state of Tennessee, federal agencies or other state governments would use the prison space to house additional prisoners. But while demand from federal clients has remained steady, the U.S. recession created budget issues for state governments, the source of half of CCA's annual revenues.

In a CCA conference call last week, CEO Damon Hininger said the company was focused on filling excess vacant capacity and would continue its emphasis on controlling operating costs.

Hininger said that, coming out of the recession, CCA's inventory of vacant beds should give the company a competitive edge to win new business. "We could see several states use the private sector after this recession," if they need more space to handle prison overcrowding or growth, he added.

But not everyone expects demand for more prison space to materialize right away, especially in states with budget shortfalls.

Kevin Campbell, a stock analyst with Avondale Partners LLC in Nashville, said CCA probably would have to reduce its inventory to 5,000 beds from 12,000 before building again.

"The industry has a total of 17,000-plus beds in spare capacity," Campbell said. "That really gets to the heart of the fact that you no longer have a supply-demand imbalance."

CCA said it remains committed to the Trousdale prison but can't say how soon it might be able to restart construction.

Lora Lee Langford, executive director of the Hartsville-Trousdale County Chamber of Commerce, looks forward to the day earth moves and construction starts.

Before taking her current job — and before CCA put its local prison on hold — Langford had planned to pursue an online degree in criminal justice and try to land a job there.


Prisons for Profit


Immigrant Detainees

60 Minutes: For Profit Prison by Ed Bradley


Ed Bradley - 60 Minutes

The Private Prison Problem: Not Here, Not Anywhere (Part 1)
The Private Prison Problem: Not Here, Not Anywhere (Part 2)

"We're in double-digit unemployment and I get e-mails every now and then from people looking for work -- even to do the grass-cutting for the county," she said. "We're still a community where you're in touch with everybody, but it needs to start growing. We can keep our hometown roots, but we also need to bring in some new industries."

Getahn Ward can be reached at 615-726-5968 or gward@tennesssean.com.

POSTED BY MICHAEL SCACCIA PAHRUMPLIFE AT 8/12/2010 11:58:00 PM
0 COMMENTS

## Another Riot, and Eloy Was the Model Prison for Our 2008 Prison-Favoring Commissioners

From:
"Ken Kopczynski"
To:
kenk@privateci.org
Arizona: CCA prison in lock-down after riot
http://www.kitv.com/news/24461434/detail.html
Hawaii Inmates In Lockdown At Arizona Prison

Prisoners Fight Over Xbox, Prison Employee Seriously Injured

Jodi Leong KITV4 News Reporter
POSTED: 8:49 pm HST July 30, 2010
UPDATED: 9:20 pm HST July 30, 2010

Email Print

Comments (1)HONOLULU -- An Arizona prison that is housing about 1,884 Hawaii inmates, remains in lockdown -- five days after a big brawl.

The Saguaro Correctional Center in Eloy, Arizona, houses Hawaii inmates only. The state hired Corrections Corporation of America to house the inmates at the Arizona facility because of prison over crowding in Hawaii.



Danny Glover

Privatized Prisons and Prison Labor IS Slavery

Privatization of Punishment



BLOG ARCHIVE

▼ 2010 (51)
  ▼ August 2010 (3)
    Time/CNN Error
    MTC sacks AW and Security Chief at Kingman
    Expansion in Arizona?: CCA sitting on 12,000 empty...
  ▶ July 2010 (9)
  ▶ June 2010 (8)
  ▶ May 2010 (5)
  ▶ April 2010 (3)
  ▶ March 2010 (7)

Public Safety director Clayton Frank said 30 inmates from the high security unit were involved in the scuffle over an Xbox owned by one inmate.

When prison staff members intervened to stop the brawl, Clayton said 13 inmates turned on the facility's gang intelligence officer and severely beat him. Public Safety's mainland branch administrator, Shari Kimoto, said the prison employee suffered a broken nose, broken cheekbones and eye socket damage. He has since been released from the hospital.

Prisons officials tell KITV4 the ongoing investigation found gang members were taxing or charging prisoners a fee to use the Xbox.

Investigators are also working to positively identify the 13 prisoners who beat the employee. If identified, the inmates could be charged with assault of a prison staff member.

Saguaro Correctional Facility has seen its share of violence this year. There have been two murders involving Hawaii prisoners.

In June, 23 year old Clifford Medina was found dead in his cell. Arizona police said Medina's cellmate admitted he strangled Medina.

In February, another Hawaii inmate died after he was assaulted, just 8 months before his release.

It is unclear how long the prison will be in lockdown. Frank said gang involvement and the injury of a staff member have led to fears the violence could bleed into the general prison population.

POSTED BY MICHAEL SCACCIA PAHRUMPLIFE AT 7/31/2010 09:40:00 AM
0 COMMENTS

- ► February 2010 (7)
- ► January 2010 (9)
- ► 2009 (62)
- ► 2008 (4)

INFORMATION LINKS

Private Corrections Institute

Religious Statements

U.N. Official Turned Away from CCA Prison

PVTimes Article Jan. 2009, library meeting



Frank Smith Jan. '09 CCSC Meeting

## Another For-Profit Prison Industry Benefit at the Expense and Burdening of Humanity

From the Global Issues Website:
Mentally Ill Adrift In U.S. Immigration System
http://www.globalissues.org/news/2010/07/25/6402

and From the Human Rights Watch:

http://www.hrw.org/node/91838

POSTED BY MICHAEL SCACCIA PAHRUMPLIFE AT 7/30/2010 09:33:00 PM
0 COMMENTS

## Debtor's Prison in the 21st Century USA?

Here are some enlightening if not jolting words portending yet another impending influence-driven aspect of the for-profit prison industry that will flourish unless stopped. CCA is mentioned in the piece.

Article sent by Jeff Bobek:

http://www.activistpost.com/2010/06/our-future-in-chains-for-profit-debtors.html

POSTED BY MICHAEL SCACCIA PAHRUMPLIFE AT 7/28/2010 06:16:00 PM
0 COMMENTS

## Wake up World, You too Nevada

Stop killing for any old jobs or government positions just because someone has any old business and wants to make money as do many of the corrupt powers that be, for example those who want to frack for gas throughout the US. With all our new energy options, we are on the threshold of gas and oil being metaphorically but hopefully not literally put to pasture. Don't let controlling desperados completely ruin what is left of the world - our collective world including all life in the world, the ecosystem - in their frenzy for a greed addict's fix. We all need to realize that we are all up against it, especially if you really think you can, these days, easily find fresh air and water, grow a garden, hunt, fish, or gather wild nuts, berries and herbs to survive in health. And it keeps getting worse as time and greed change everything.
I strongly believe that the wild horses and burros here in the wild west are being rounded up - there has been great and merciless blood - for a host of fishy greed freaks in need of a fix and I believe that the round-up promoting wife of the Gas King is, perhaps knowingly perhaps not - in the guise of rescue - trying to mitigate what her old man is doing to get the wild horses and their admirers out of his hair and out of his way so he can frack the hell out of the land he wants directly over and under our pure and sacred

aquifers. Can it be that he also does not know what he does? Does that make it OK? If he is investing in pure water sources would that give a hint that he might know what he is doing for a win-win situation as a profiteer?

Do we really need a whomping 6,000,000 head of cattle grazing on BLM land competing with a slight 25,000 wild and beautiful horses (some of them looking for a home) grazing on BLM land? And the horse complainers say that the wild horses are ruining the BLM. If Robert Mitchum were alive today, I think that he would rue the day he contracted to say the words in the beef ad. Beef doesn't always have to be thought of as "it's what's for dinner." Eat your organic vegetables kid and you might grow up to be a healthier cowboy and perhaps a more competitive one having a steak if and when you feel like having one.

Here are some current statistics on the Wild Horses and Burros.
http://www.wildmustangcoalition.org/id43.html

Nevada, the elimination of wild mustangs and burros has already come to your neighborhood; so has the fracking; and citizens, it may be coming soon to a neighborhood near you, if you let it. The prison in Pahrump if activated would profit greatly from gas and even more from easily accessible local gas. The following URL is from Grit TV about current updated impending fracking in New York and Pennsylvania.
http://www.grittv.org/2010/07/22/hydrofracking-for-natural-gas/ and more:

http://www.eveningsun.com/ci_15423442

http://nofracking.com/ and
http://www.savetheogallalaaquifer.com/in-the-news/ogallala-news/182-the-ogallala-aquifer-saving-a-vital-us-water-source

And some pahrumplife archives on fracking:

http://www.pahrumplife.org/2009/07/dirty-mother-earth-frackers.html and

http://www.freespeech.org/video/grittv-how-natural-natural-gas and

http://www.pahrumplife.org/2009/09/more-about-fracking.html

POSTED BY MICHAEL SCACCIA PAHRUMPLIFE AT 7/25/2010 09:36:00 PM
0 COMMENTS

Home          Older Posts

Subscribe to: Posts (Atom)

HORSE DANCE



THE POWER OF HOPE



EGG TEMPERA, 1981



# EXHIBIT 3

# EXHIBIT 3

*-APPLICATION-*

## Title

**Title of Work:** Warden, other employees resign from prison in escape fallout

## Completion/Publication

**Year of Completion:** 2010

**Date of 1st Publication:** August 14, 2010     **Nation of 1st Publication:** United States

## Author

- **Author:** Stephens Media LLC
  **Author Created:** text
  **Work made for hire:** Yes
  **Citizen of:** United States     **Domiciled in:** United States

## Copyright claimant

**Copyright Claimant:** Righthaven LLC
9960 West Cheyenne Avenue, Suite 210, Las Vegas, NV, 89129-7701, United States

**Transfer Statement:** By written agreement

## Rights and Permissions

**Organization Name:** Righthaven LLC
**Name:** Chief Executive Officer
**Email:** sgibson@righthaven.com     **Telephone:** 702-527-5900
**Address:** 9960 West Cheyenne Avenue
Suite 210
Las Vegas, NV  89129-7701 United States

## Certification

**Name:** Steven A. Gibson

**Date:** September 9, 2010

**Applicant's Tracking Number:** 0002064

**Registration #:**

**Service Request #:**   1-484454233

**Application Date:**   09-09-2010 21:14:13

# Correspondent

**Organization Name:**   Righthaven LLC

**Name:**   Steven A. Gibson

**Address:**   9960 West Cheyenne Avenue
Suite 210
Las Vegas, NV 89129-7701 United States

# Mail Certificate

Righthaven LLC
Steven A. Gibson
9960 West Cheyenne Avenue
Suite 210
Las Vegas, NV 89129-7701  United States