J. Malcolm DeVoy IV (Nevada Bar No. 11950)
RANDAZZA LEGAL GROUP
jmd@Randazza.com
7001 W. Charleston Boulevard, # 1043
Las Vegas, NV 89117
Telephone: 888-667-1113
Facsimile: 305-437-7662

Attorney for *Amicus Curiae*,
Media Bloggers Association

## UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| RIGHTHAVEN, LLC, a Nevada limited liability company,<br><br>Plaintiff,<br><br>vs.<br><br>PAHRUMP LIFE, MAREN SCACCIA, and MICHAEL SCACCIA,<br><br>Defendant. | Case No. 2:10-cv-01575<br><br>**MOTION OF MEDIA BLOGGERS ASSOCIATION FOR LEAVE TO APPEAR AS *AMICUS CURIAE* AT HEARING ON ORDER TO SHOW CAUSE REGARDING SUBJECT MATTER JURISDICTION** |

### MOTION FOR LEAVE TO APPEAR AS *AMICUS CURIAE*

Non-party organization Media Bloggers Association (hereinafter, "*Amicus*") hereby moves for leave to appear by and through its counsel, the undersigned, in the May 12, 2011 hearing scheduled in the above-captioned matter (Doc. # 20). *Amicus* has addressed the Article III standing and subject matter jurisdiction issues at bar in the pending Order to Show Cause in its *Amicus Curiae* Brief submitted in *Righthaven v. Hyatt*, Case No. 2:10-cv-01736, Doc. #29 at 5-10 (D. Nev., filed Apr. 14, 2011). A true and correct copy of the *amicus curiae* brief submitted by *Amicus* in that case is attached as Exhibit A.

*Amicus* is a national organization founded by more than ten (10) prominent bloggers and supported by many more, including John Amato (of Crooks and Liars), Glenn Reynolds (of Pajamas Media/Instapundit), Jeralyn Merritt (of Talk Left) and many others. *Amicus* has no

Randazza
Legal Group
7001 W Charleston Blvd
#1043
Las Vegas, NV 89117
(888) 667-1113

- 1 -

fiscal or direct interest in this litigation, but is concerned about its outcome by virtue of its organizational mission.  The entire existence of *Amicus* is premised upon advancing grassroots media and citizen journalism through "blogging" – the creation of one's own media outlet through a web log, or "blog" – and providing legal assistance to these bloggers.  Since its inception in 2004, Amicus has defended dozens of bloggers in legal actions, and in 2008 helped developed the first-ever media liability insurance policy for bloggers.

District courts regularly consider *amicus* briefs, and allow *amici* to participate in hearings when "the amicus has unique information or perspective that can help the court," and if the information offered is both timely and useful. *Sonoma Falls Developers, LLC v. Nev. Gold & Casinos, Inc.*, 272 F. Supp. 2d 919, 925 (N.D. Cal. 2003); *Long*, 49 F. Supp. 2d at 1178, (quoting *Waste Mgmt. of Pennsylvania v. City of York*, 162 F.R.D. 34 (M.D. Pa. 1995)).  In a similar case involving this Plaintiff, this Court has already permitted the hearing appearance of *amicus curiae* without a direct stake in the litigation. *Righthaven LLC v. Ctr. For Intercultural Organizing*, Case No. 2:10-cv-01322, Doc. # 23 (D. Nev., Filed Dec. 27, 2010).  The information offered by Amicus is submitted to this Court in advance of the hearing and referenced within this document, and will be useful to this Court in light of *Amicus*' familiarity with the subject matter at issue.

The primary purpose of allowing *amicus* contributions, both in written briefing and at hearings, is that the *amicus curiae* offers "insights not available from the parties," aiding the Court in making its decision. *Citizens Against Casino Gambling v. Kempthorne*, 471 F. Supp. 2d 295, 311 (W.D.N.Y. 2007); *see also Ctr. for Intercultural Organizing*, Case No. 2:10-cv-01322, Doc. # 23.  In this case, Defendants Michael and Maren Scaccia are not represented by any counsel (*see* Doc. # 12) and have proceeded *pro se* through Michael Scaccia (*see id.*) thus far, prompting, in part, this Court to schedule the May 12 hearing (Doc. # 20).  Therefore, the presence of non-party *Amicus* to answer the Court's questions on this novel, complex issue is particularly appropriate.

Randazza
Legal Group
7001 W Charleston Blvd
#1043
Las Vegas, NV 89117
(888) 667-1113

1    In light of *Amicus*' prior experience addressing this issue,[1] (*see* Exh. A) and its counsel's

2   activity litigating this very issue in other cases pending before this District,[2] *Amicus* requests that

3   the Court grant this Motion for leave to appear at the May 12, 2011 Order to Show Cause

4   hearing in this case.

5

6   Dated May 6, 2011                                    Respectfully Submitted,

7                                                        RANDAZZA LEGAL GROUP

8

9

10   _____

11   J. Malcolm DeVoy IV

12   Attorney for *Amicus Curiae*,
    *Media Bloggers Association*

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27   _____
    [1] *See Hyatt*, Case No. 2:10-cv-01736, Doc. #29.
    [2] *See* Righthaven LLC v. Vote For The Worst LLC, Case No. 2:10-cv-01045, Doc. # 33 (D. Nev., filed Apr. 17,
28   2011); Righthaven LLC v. Hoehn, Case No. 2:11-cv-00050, Doc. # 16 (D. Nev., filed Apr. 17, 2011).

Randazza
Legal Group
7001 W Charleston Blvd
#1043
Las Vegas, NV 89117
(888) 667-1113

1

## <u>CERTIFICATE OF SERVICE</u>

2

Pursuant to Federal Rule of Civil Procedure 5(b), I hereby certify that I am a

3

representative of Randazza Legal Group and that on this May 6, 2011, I caused the document(s)

4

entitled:

5

6

**MOTION OF MEDIA BLOGGERS ASSOCIATION FOR LEAVE TO APPEAR AS *AMICUS CURIAE* AT HEARING ON ORDER TO SHOW CAUSE REGARDING SUBJECT MATTER JURISDICTION**

7

to be served as follows:

8

9

10

11

[   ]   by depositing same for mailing in the United States Mail, in a sealed envelope addressed to Steven A. Gibson, Esq., Righthaven, LLC, 9960 West Cheyenne Avenue, Suite 210, Las Vegas, Nevada, 89129-7701, upon which first class postage was fully prepaid; and/or

12

[   ]   Pursuant to Fed. R. Civ. P. 5(b)(2)(D), to be sent via facsimile as indicated; and/or

13

14

[   ]   to be hand-delivered;

15

16

[ X ]   by the Court's CM/ECF system.

17

18

/s/ J. Malcolm DeVoy

19

J. Malcolm DeVoy

20

21

22

23

24

25

26

27

28

Randazza
Legal Group
7001 W Charleston Blvd
# 1043
Las Vegas, NV 89117
(888) 667-1113

- 4 -