1    CHAD BOWERS
     bowers@lawyer.com
2    CHAD A. BOWERS, LTD
     Nevada State Bar No. 7283
3    3202 West Charleston Boulevard
     Las Vegas, Nevada 89102
     Telephone: (702) 457-1001
4

5    Attorney for *Amicus Curiae*
     PROFESSOR JASON SCHULTZ

6

7                    **UNITED STATES DISTRICT COURT**

8                        **DISTRICT OF NEVADA**

9

10   RIGHTHAVEN LLC, a Nevada limited-          CASE NO.:  2: 10-cv-01575-JCM -PAL
     liability company,
11                                              **MOTION OF PROFESSOR JASON
                                                SCHULTZ TO FILE AN *AMICUS
12                  Plaintiff,                  CURIAE* BRIEF**
             v.
13
     PAHRUMP LIFE, MAREN SCACCIA and
14   MICHAEL SCACCIA

15                  Defendants.

16

17

18

19

20

21

22

23

24

25

26

27

28

1

**MOTION TO FILE *AMICUS CURIAE* BRIEF**

2      Non-party Professor Jason Schultz ("*Amicus*") hereby moves for leave to file an *amicus*

3  *curiae* brief in the above-captioned case responding to Righthaven's response to this Court's

4  April 28, 2011 Order To Show Cause ("OSC") why this case should not be dismissed for lack of

5  standing.  *Amicus* seeks leave to file a brief to address the legal issues presented in Righthaven's

6  OSC submission (Dkt. 15).  Because defendants are represented *pro se*, *amicus* is concerned that

7  the important copyright issues raised in that submission will not be sufficiently addressed by the

8  defendants.

9      To properly address these issues, *amicus* will need some time to draft a brief, and will

10  not be able to get a brief on file before the May 12 hearing.  Accordingly, *amicus* respectfully

11  requests leave to file a responsive brief within two weeks of the granting of this motion.

12      *Amicus* is an Assistant Clinical Professor of Law and the co-director of the Samuelson

13  Law, Technology & Public Policy Clinic at the University of California's Boalt Hall School of

14  Law.[1]  *Amicus* has no personal stake in the outcome of this case.  Instead, he has an interest in

15  ensuring that copyright laws are interpreted in a manner that advances the purposes of the

16  Copyright Act.  In support of that interest, *Amicus* seeks leave to file an *amicus curiae* brief in

17  response to the brief filed by Righthaven.  The proposed brief will focus on the difference

18  between assignment of a bare right to sue and a true assignment of ownership in a copyrighted

19  work. It will also address the important policy implications that this Court's ruling could have

20  other similar and future cases.

21      This court has already granted *amicus* leave to file a brief and to appear in another

22  Righthaven case. *Righthaven LLC v. Ctr. For Intercultural Organizing*, 2:10-cv-01322, Dkt.

23  Nos. 19 & 23; *see also Righthaven LLC v. Hyatt*, 2:10-cv-01736-KJD -RJJ, Dkt. No. 28

24  (granting leave to file *amicus* brief).  Indeed, district courts routinely consider *amicus* briefs.  *See*

25  *Elektra Enter. Group v. Barker*, 551 F. Supp. 2d 234, 237 (S.D.N.Y. 2008) (accepting brief of

26

27      [1] Professor Schultz submits this brief on his own behalf, not on behalf of the Samuelson Law Clinic or the Boalt Hall School of Law.  His counsel represents defendants in several other actions pending in this court that have been filed by Righthaven. *See e.g.* Case Nos. 10-cv-01343, 10-cv-01356.

28

1  *amici curiae*); *U.S. v. Perelman*, Case No. 09-CR-00443-KJD-LRL, 2010 WL 3312627 (D. Nev.

2  Aug. 19, 2010) (considering *amicus* brief from the ACLU); *PEST Committee v. Miller*, 648 F.

3  Supp. 2d 1202, 1214 (D. Nev. 2009) (denying motion to intervene, but treating the submissions

4  of proposed intervenors as *amici* briefs).  *Amicus* respectfully submits that the proposed brief

5  will be useful to the Court in ruling on the OSC.

6       For the foregoing reasons, *amicus* respectfully requests that the Court grant the motion

7  for leave to file an *amicus curiae* brief within two weeks of the date of this order.

8

9  Dated: May 10, 2010                        Respectfully submitted,

10                                              CHAD A. BOWERS, LTD.

11                                              By: /s/ Chad Bowers
                                                Chad A. Bowers
12                                              NV State Bar Number 7283
                                                3202 W. Charleston Blvd.
13                                              Las Vegas, Nevada 89102

14                                              *Attorneys for* Amicus Curiae *Professor Jason
                                                Schultz*
15

16

17

18

19

20

21

22

23

24

25

26

27

28