UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

RIGHTHAVEN LLC,

        Plaintiff,

v.

PAHRUMP LIFE, et al.,

        Defendants.

2:10-CV-1575 JCM (PAL)

**ORDER**

Presently before the court are amicus Democratic Underground, LLC's motion for leave to appear (doc. #23) and motion for leave to file an amicus brief (doc. #24).

The court has reviewed the proposed brief and agrees that it will be useful in ruling on the November 15, 2010, order to show cause (doc. #12). Accordingly, the amicus is granted leave to appear at the hearing on the order to show cause and may file an amicus brief with the court.

The amicus has also requested that the court modify the hearing schedule on the order to show cause to reflect the scheduling in *Righthaven v. Democratic Underground* (2:10-cv-01356-RLH-GWF). (Doc. #24). In *Democratic Underground*, the court has ordered that Righthaven file a brief addressing standing, Democratic Underground's response to which is due on May 20, 2011. Given the similarity of the issues between this case and *Democratic Underground*, amicus submits that the forthcoming response may be useful in ruling on the order to show cause. The court agrees and reschedules the hearing as set forth below.

**James C. Mahan**
**U.S. District Judge**

Accordingly,

IT IS HEREBY ORDERED, ADJUDGED, AND DECREED that amicus' motion for leave to appear (doc. #23) is GRANTED;

IT IS FURTHER ORDERED that amicus' motion for leave to file an amicus brief (doc. #24) is hereby GRANTED;

IT IS FURTHER ORDERED that the hearing set for May12, 2011, at 10:30 a.m. is hereby VACATED and RESCHEDULED for June 6, 2011, at 10:00 a.m. in courtroom 6A before the Honorable James C. Mahan.

DATED May 11, 2011.

_James C. Mahan_
UNITED STATES DISTRICT JUDGE