# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

RIGHTHAVEN LLC,

  Plaintiff,

v.

PAHRUMP LIFE, et al.,

  Defendants.

2:10-CV-1575 JCM (PAL)

## ORDER

Presently before the court is Professor Jason Schultz's motion to file an amicus curiae brief in the matter of *Righthaven LLC v.Pahrump Life et al.* (2:10-cv-01575-JCM -PAL). (Doc. #28).

The court has already granted professor Schultz leave to file an amicus brief to appear in another case filed by this plaintiff. *See Righthaven v. Center for Intercultural Organizing*, 2:10-cv-01322. The court again agrees that the amicus brief will be useful to the court in ruling on the pending order to show cause why the case should not be dismissed for lack of standing (doc. #21).

Accordingly,

IT IS HEREBY ORDERED, ADJUDGED, AND DECREED that Professor Schultz's motion to file amicus brief (doc. #28) is GRANTED. Counsel for Professor Schultz shall file the amicus brief with the court.

DATED May 31, 2011.

_____
UNITED STATES DISTRICT JUDGE

**James C. Mahan**
**U.S. District Judge**