SHAWN A. MANGANO, ESQ.
Nevada Bar No. 6730
shawn@manganolaw.com
SHAWN A. MANGANO, LTD.
9960 West Cheyenne Avenue, Suite 170
Las Vegas, Nevada 89129-7701
Tel: (702) 304-0432
Fax: (702) 922-3851

DALE M. CENDALI, ESQ. (admitted *pro hac vice*)
dale.cendali@kirkland.com
KIRKLAND & ELLIS LLP
601 Lexington Avenue
New York, New York 10022
Tel: (212) 446-4800
Fax: (212) 446-4900

*Attorneys for Plaintiff Righthaven LLC*

## UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| RIGHTHAVEN LLC, a Nevada limited-liability company,<br><br>　　　　　　Plaintiff,<br><br>v.<br><br>PAHRUMP LIFE, an entity of unknown origin and nature; MAREN SCACCIA, an individual; and MICHAEL SCACCIA, an individual,<br><br>　　　　　　Defendants. | Case No.: 2:10-cv-01575-JCM-PAL<br><br>**PLAINTIFF RIGHTHAVEN LLC'S *EX PARTE* APPLICATION FOR LEAVE TO FILE OMNIBUS RESPONSE TO THE AMICUS CURIAE BRIEFS OF DEMOCRATIC UNDERGROUND, LLC AND PROFESSOR JASON SCHULTZ** |

　　　　Pursuant to the Joint Stipulation Requesting the Rescheduling of the Order to Show Cause Hearing (Doc. # 37) as well as the Court's order granting the Stipulation (Doc. # 38), Righthaven LLC ("Righthaven") hereby moves this Court *ex parte*, pursuant to Rule 7-5 of this Court's Local Rules of Civil Procedure, for an Order granting Righthaven leave to file an omnibus response brief to the Amicus Curiae briefs of Democratic Underground (Doc. # 32) and

Professor Jason Schultz (Doc. # 36).  The Court's order is necessary in order to give Righthaven the opportunity to respond to the arguments made by the *amici*, which go to the case-critical issue of whether Righthaven has standing to maintain this action.  There is good cause to grant this *ex parte* motion, given that Righthaven has not had any other opportunity to respond to the *amici's* arguments, there is still two weeks before the Court will hear oral argument on the standing issue (Doc. # 38), and the additional briefing will provide the Court with law that may assist in the resolution of the standing issue.  Further, Righthaven was required to file this *ex parte* motion because not all *amici* agreed to additional briefing.  Therefore, Righthaven respectfully requests that its *ex parte* motion be granted.

Dated this 15th day of June, 2011.

SHAWN A. MANGANO, LTD.

By: /s/ Shawn A. Mangano
SHAWN A. MANGANO, ESQ.
Nevada Bar No. 6730
shawn@manganolaw.com
9960 West Cheyenne Avenue, Suite 170
Las Vegas, Nevada 89129-7701
Tel: (702) 304-0432
Fax: (702) 922-3851

KIRKLAND & ELLIS LLP
DALE M. CENDALI, ESQ. (admitted *pro hac vice*)
dale.cendali@kirkland.com
601 Lexington Avenue
New York, New York 10022
Tel: (212) 446-4800
Fax: (212) 446-4900

*Attorneys for Righthaven LLC*

# **CERTIFICATE OF SERVICE**

Pursuant to Federal Rule of Civil Procedure 5(b), I hereby certify that I on this 15th day of June, 2011, I caused the foregoing document to be served by the Court's CM/ECF system and to be served via U.S. Mail and via Electronic Mail when possible to:

Michael Scaccia:
4191 West Quail Run Road
P.O. Box 9466
Pahrump, Nevada 89060

FENWICK & WEST

By: /s/ Laurence F. Pulgram
LAURENCE F. PULGRAM, ESQ.
555 California Street, 12th Floor
San Francisco, California 94104

KURT OPSAHL, ESQ.
ELECTRONIC FRONTIER FOUNDATION
454 Shotwell Street
San Francisco, California 94110

*Attorneys for Amicus Democratic*

CHAD A. BOWERS, LTD.

By: /s/ Chad A. Bowers
CHAD A. BOWERS, ESQ.
Nevada Bar No. 7283
bowers@lawyer.com
3202 West Charleston Boulevard
Las Vegas, Nevada 89102

*Attorney for Amici Democratic Underground, LLC and Jason Schutlz*

RANDAZZA LEGAL GROUP

By: /s/ J. Malcom DeVoy IV
J. MALCOM DEVOY IV, ESQ.
Nevada Bar No. 11950
jmd@Randazza.com
7001 W. Charleston Blvd., # 1043
Las Vegas, Nevada 89117

*Attorneys for Amicus Media Bloggers Association*

SHAWN A. MANGANO, LTD.

By: /s/ Shawn A. Mangano
SHAWN A. MANGANO, ESQ.
Nevada Bar No. 6730
shawn@manganolaw.com
9960 West Cheyenne Avenue, Suite 170
Las Vegas, Nevada 89129-770

*Attorney for Righthaven*