LAURENCE F. PULGRAM (*Pro Hac Vice*)
lpulgram@fenwick.com
FENWICK & WEST LLP
555 California Street, Suite 1200
San Francisco, CA 94104
Telephone:   (415) 875-2300
Facsimile:    (415) 281-1350

CHAD BOWERS (NV State Bar No. 7283)
chadalbertbowers@gmail.com
CHAD A. BOWERS, LTD
3202 West Charleston Boulevard
Las Vegas, Nevada 89102
Telephone:    (702) 457-1001

Attorney for Amicus Curiae
DEMOCRATIC UNDERGROUND, LLC

# UNITED STATES DISTRICT COURT

# FOR THE DISTRICT OF NEVADA

| | |
|---|---|
| RIGHTHAVEN LLC, a Nevada limited liability company,<br><br>            Plaintiff,<br><br>    v.<br><br>PAHRUMP LIFE, a entity of unknown origin and nature; MAREN SCACCIA, an individual; and MICHAEL SCACCIA, an individual,<br><br>            Defendants. | Case No.: 2:10-cv-01575-JCM (PAL)<br><br>**AMICUS CURIAE DEMOCRATIC UNDERGROUND LLC'S RESPONSE TO PLAINTIFF RIGHTHAVEN LLC'S *EX PARTE* APPLICATION FOR LEAVE TO FILE OMNIBUS RESPONSE** |

AMICUS CURIAE DU'S RESPONSE TO
RIGHTHAVEN'S *EX PARTE* APP. FOR
LEAVE TO FILE OMNIBUS RESPONSE

Case No.: 2:10-cv-01575-JCM (PAL)

To assist this Court in evaluating Righthaven LLC's response to its Order to Show Cause (Dkt. 25), *amicus curiae* Democratic Underground ("*amicus*") filed an exact copy of its Reply Brief and the supporting Declaration of Laurence Pulgram that were originally filed in *Righthaven LLC v. Democratic Underground, LLC et al.*, Case No. 2:10-cv-01356-RLH (GWF) (Dkt. 32). That Reply Brief responded to a brief by Righthaven on the standing issue that was remarkably similar to the OSC Response Righthaven filed here. That Reply Brief completed the briefing in *Democratic Underground*. Nothing further was required there—or is required here.

While *amicus* does not believe that additional briefing in this matter is necessary, *amicus* nonetheless would have no objection to Righthaven following suit, by filing copies of briefing Righthaven has previously filed in other cases before this Court. However, to the extent that Righthaven wishes to use Democratic Underground's filing of the Reply Brief for this Court's consideration as an excuse to file a new brief, to raise new issues, or to respond to Chief Judge Rodger L. Hunt's well-reasoned order dismissing for lack of standing its copyright claim in *Democratic Underground* (*see* June 14, 2011 Order, Case No. 2:10-cv-01356, at Dkt. 116), *amicus* Democratic Underground respectfully suggests that such additional briefing is unnecessary and inappropriate at this stage.

Should this Court, nonetheless, believe that yet another round of briefing, above and beyond what has been completed in the *Democratic Underground* case and this one, is appropriate and warranted, *amicus* respectfully requests the opportunity to respond to any new brief and arguments raised by Righthaven. Further, *amicus* suggests that in such event, no more than 10 pages per side should be necessary for any such briefing.

Dated:   June 15, 2011                     Respectfully,

                                           FENWICK & WEST LLP


                                           By:   */s/ Laurence F. Pulgram*
                                                 Laurence F. Pulgram

                                                 Attorneys for Amicus Curiae
                                                 DEMOCRATIC UNDERGROUND, LLC

AMICUS CURIAE DU'S RESPONSE TO
RIGHTHAVEN'S *EX PARTE* APP. FOR          2          Case No.: 2:10-cv-01575-JCM (PAL)
LEAVE TO FILE OMNIBUS RESPONSE