UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

RIGHTHAVEN LLC,

       Plaintiff,

v.

PAHRUMP LIFE, et al.,

       Defendants.

2:10-CV-1575 JCM (PAL)

**ORDER**

Presently before the court is plaintiff Righthaven's ex parte application to file omnibus response to amicus briefs. (Doc. #39). Amicus party Democratic Underground has filed a response. (Doc. #40).

Righthaven requests an opportunity to respond to the amici's arguments set forth in the amicus curiae briefs. Democratic Underground responds that further briefing is unnecessary and, alternatively, if the court allows further briefing, that any filing be limited to ten pages.

The court prefers to have the matter fully briefed before holding the hearing on the order to show cause (doc. #), presently set for June 30, 2011. Accordingly, Righthaven may file a response no later than Wednesday, June 22, 2011, and the amicus parties may file a final reply no later than Monday, June 27, 2011. The court sees no reason to further restrict the page limits of the briefs beyond that already dictated by the Local Rules.

Accordingly,

. . .

. . .

**James C. Mahan**
**U.S. District Judge**

1   IT IS HEREBY ORDERED, ADJUDGED, AND DECREED that plaintiff's ex parte
2   application to file an omnibus response to the amicus briefs (doc. #39) be, and the same hereby is,
3   GRANTED.
4   DATED June 17, 2011.

_____
UNITED STATES DISTRICT JUDGE

**James C. Mahan**
**U.S. District Judge**

- 2 -