# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

RIGHTHAVEN LLC,

        Plaintiff,

v.

PAHRUMP LIFE, et al.,

        Defendants.

2:10-CV-1575 JCM (PAL)

## ORDER

Presently before the court is plaintiff Righthaven's motion to amend/correct complaint. (Doc. #45). Also before the court is the hearing on the order to show cause (doc. #21), which is currently set for June 30, 2011, at 10:30 a.m. Whereas resolution of the motion to amend could affect the court's ruling on the order to show cause, the following schedule is set in this matter:

IT IS HEREBY ORDERED, ADJUDGED, AND DECREED that the briefing schedule for the motion to amend is shortened to avoid further delay in hearing the order to show cause. Accordingly, the parties shall conform their briefing on plaintiff's motion to amend the complaint (doc. #45) as follows:

(1) Defendants shall file and serve opposition papers, if any, no later than Tuesday, July 5, 2011; and

(2) Plaintiff shall file and serve a reply brief, if any, no later than Monday, July 11, 2011.

IT IS FURTHER ORDERED that a hearing on the motion to amend (doc. #45) is hereby set for Wednesday, July 13, 2011, at 11:00 a.m.

**James C. Mahan**
**U.S. District Judge**

1     IT IS FURTHER ORDERED that the hearing on the order to show cause (doc. #21) is hereby

2 VACATED and RESET for Wednesday, July 27, 2011, at 10:00 a.m.

3     DATED June 27, 2011.

                                     */s/ James C. Mahan*
                              **UNITED STATES DISTRICT JUDGE**

**James C. Mahan**
**U.S. District Judge**

- 2 -