**James C. Mahan**
**U.S. District Judge**

# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

| | |
|---|---|
| RIGHTHAVEN LLC,<br><br>     Plaintiff,<br><br>v.<br><br>PAHRUMP LIFE, et al.,<br><br>     Defendants. | 2:10-CV-1575 JCM (PAL) |

### ORDER

Presently before the court is Citizens Against Litigation Abuse Incorporated's motion to file an amicus curiae brief in the matter of *Righthaven LLC v. Pahrump Life et al.* (2:10-cv-01575-JCM-PAL). (Doc. #48).

The court has reviewed the proposed brief and agrees that it may be useful to the court in ruling on the pending order to show cause why the case should not be dismissed for lack of standing (doc. #21).

Accordingly,

IT IS HEREBY ORDERED, ADJUDGED, AND DECREED that Citizens Against Litigation Abuse Incorporated's motion to file amicus brief (doc. #48) is GRANTED. Counsel for the amicus shall file the brief with the court.

DATED June 27, 2011.

_____
UNITED STATES DISTRICT JUDGE