SHAWN A. MANGANO, ESQ.
Nevada Bar No. 6730
shawn@manganolaw.com
SHAWN A. MANGANO, LTD.
9960 West Cheyenne Avenue, Suite 170
Las Vegas, Nevada  89129-7701
Tel:    (702) 304-0432
Fax:   (702) 922-3851

DALE M. CENDALI, ESQ. (admitted *pro hac vice*)
dale.cendali@kirkland.com
KIRKLAND & ELLIS LLP
601 Lexington Avenue
New York, New York  10022
Tel:    (212) 446-4800
Fax:   (212) 446-4900

*Attorneys for Plaintiff Righthaven LLC*

# UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| RIGHTHAVEN LLC, a Nevada limited-liability company,<br><br>Plaintiff,<br><br>vs.<br><br>PAHRUMP LIFE, an entity of unknown origin and nature; MAREN SCACCIA, an individual; and MICHAEL SCACCIA, an individual,<br><br>Defendants. | Case No.: 2:10-cv-01575-JCM-PAL<br><br>**PLAINTIFF RIGHTHAVEN LLC'S SUPPLEMENTAL MEMORANDUM IN SUPPORT OF ITS MOTION FOR LEAVE TO FILE AN AMENDED COMPLAINT** |

On June 23, 2011, Righthaven LLC ("Righthaven") moved the Court for leave to file an amended complaint alleging recent facts related to its ownership of the copyright at issue. (Dkt. 45.) Prior to filing its motion to amend, Righthaven submitted an omnibus response to the amicus curiae briefs filed by Democratic Underground and Professor Jason Schultz (the "Omnibus Response"). In that brief, Righthaven addressed the basis for its standing to sue for copyright infringement under the Clarification and Amendment to Strategic License Agreement ("Amendment"). (*See* Dkt. 44, Righthaven's Omnibus Response to the *Amicus Curiae* Briefs of Democratic Underground and Professor Jason Schultz.) As set forth in its Omnibus Response, Righthaven and Stephens Media

1

1  were considering further amending the Strategic Alliance Agreement in light of the recent decision
2  in *Righthaven LLC v. Hoehn*, where the Court in that case found that Righthaven lacked standing to
3  sue, even under the Amendment.  Doc. # 28, Case. No. 2:11-CV-00050-PMP-RJJ (D. Nev.) (Pro, J.).
4  (Dkt. 44 at n. 1.)

5    Although Righthaven continues to believe that the Amendment was sufficient to confer
6  standing to sue, Righthaven and Stephens Media wish to put the standing issue to rest.  Therefore,
7  these parties have further amended the Strategic Alliance Agreement in order to address the concerns
8  raised by the Court in *Hoehn* as well as those stated by the *amici*.  The Amended and Restated
9  Strategic Alliance Agreement ("Restated and Amended SAA") was executed on July 7, 2011, and is
10 attached hereto as Exhibit 1.  The Restated and Amended SAA gives Righthaven the sole discretion
11 to determine whether or not to bring an infringement action based on an assigned copyright.  Further,
12 as in the first Amendment, Righthaven is the sole owner of each assigned copyright, and Stephens
13 Media holds only a non-exclusive license.  Stephens Media may not encumber Righthaven's rights
14 in any assigned copyright, and Stephens Media's option to re-purchase any assigned copyright does
15 not accrue until five years after the copyright is assigned.  In short, there can be no question that
16 Righthaven is the only true owner of any assigned copyright and thus, has standing to sue for
17 infringement.

18   Shortly after the Restated and Amended SAA was executed, Righthaven's counsel informed
19 the defendant and *amici* of the existence of the new agreement, sent them a copy of the agreement,
20 and informed them of Righthaven's intention to inform the Court of this recent development.
21 Righthaven communicated to the defendant and *amici* that it was amenable to requesting an
22 additional briefing schedule from the Court in the event that the defendant or *amici* wished to
23 address the issue of standing under the Restated and Amended SAA.  Although not everyone has
24 responded, counsel for *amicus* Democratic Underground has indicated that they would like the
25 opportunity to address the Restated and Amended SAA.

26   Given these recent developments, Righthaven has submitted along with this supplemental
27 memorandum a revised proposed amended complaint, which alleges facts relating to standing under
28 the Restated and Amended SAA.  *See* Exhibit 2.  Righthaven respectfully requests that if the Court

deems additional briefing on the standing issue necessary, that it afford both the defendant and *amici* the opportunity to address the issue of standing under the Restated and Amended SAA and give Righthaven the opportunity to respond to any arguments presented.[1]

Finally, in an effort to avoid burdening the Court with excess paper, Righthaven submits this supplemental memorandum in lieu of its reply in support of its motion to amend.

Dated this 11th day of July, 2011.

    SHAWN A. MANGANO, LTD.

    By: /s/ Shawn A. Mangano
    SHAWN A. MANGANO, ESQ.
    Nevada Bar No. 6730
    shawn@manganolaw.com
    9960 West Cheyenne Avenue, Suite 170
    Las Vegas, Nevada  89129-7701
    Tel:     (702) 304-0432
    Fax:    (702) 922-3851

    KIRKLAND & ELLIS LLP
    DALE M. CENDALI, ESQ. (admitted *pro hac vice*)
    dale.cendali@kirkland.com
    601 Lexington Avenue
    New York, New York  10022
    Tel:     (212) 446-4800
    Fax:    (212) 446-4900

    *Attorneys for Righthaven LLC*

---

[1] The parties are currently meeting and conferring regarding an agreed briefing schedule to propose to the Court and anticipate filing a stipulation shortly.  In addition, the Court has vacated the July 13th hearing on Righthaven's motion for leave to amend in light of the recent death in the family of Righthaven's counsel.  The Court has indicated that it will provide alternative hearing dates on July 12th so that an appropriate stipulation and order setting a new hearing can be submitted by the parties.

# **CERTIFICATE OF SERVICE**

Pursuant to Federal Rule of Civil Procedure 5(b), I hereby certify that I on this 11th day of July, 2011, I caused the foregoing document to be served by the Court's CM/ECF system and to be served via U.S. Mail to:

Michael Scaccia:
4191 West Quail Run Road
P.O. Box 9466
Pahrump, Nevada 89060

                                        SHAWN A. MANGANO, LTD.

                                        By: /s/ Shawn A. Mangano
                                        SHAWN A. MANGANO, ESQ.
                                        Nevada Bar No. 6730
                                        shawn@manganolaw.com
                                        9960 West Cheyenne Avenue, Suite 170
                                        Las Vegas, Nevada  89129-7701
                                        Tel:     (702) 304-0432
                                        Fax:    (702) 922-3851

                                        *Attorney for Righthaven LLC*