LAURENCE F. PULGRAM (CSB No. 115163)
lpulgram@fenwick.com
FENWICK & WEST LLP
555 California Street, 12th Floor
San Francisco, CA  94104
Telephone:     415.875.2300
Facsimile:     415.281.1350

CHAD BOWERS (NV State Bar No. 7283)
bowers@lawyer.com
LAW OFFICES OF CHAD A. BOWERS
3202 West Charleston Boulevard
Las Vegas, Nevada 89102
Telephone:     (702) 457-1001

Attorneys for Amicus Curiae
Democratic Underground, LLC

UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF NEVADA

| | |
|---|---|
| RIGHTHAVEN LLC, a Nevada limited liability company,<br><br>                              Plaintiff,<br>         v.<br><br>PAHRUMP LIFE, an entity of unknown origin and nature; MAREN SCACCIA , an individual; and MICHAEL SCACCIA, an individual,<br><br>                              Defendants. | Case No. 2:10-cv-01575-JCM (PAL)<br><br>**DECLARATION OF CLIFFORD WEBB IN SUPPORT OF AMICI'S RESPONSE TO PLAINTIFF RIGHTHAVEN LLC'S SUPPLEMENTAL MEMORANDUM IN SUPPORT OF ITS MOTION FOR LEAVE TO FILE AN AMENDED COMPLAINT [DKT. NO. 57], AND RESPONSE TO COURT ORDER TO SHOW CAUSE [DKT. NO. 21]** |

I, Clifford Webb, declare as follows:

1. I am an attorney admitted to practice in the State of California, and I am an associate at the law firm of Fenwick & West LLP, counsel for Amicus Democratic Underground LLC ("Democratic Underground"). I have personal knowledge of the facts stated in this declaration, and if called upon to do so, could and would competently to the same.

2. On July 14, 2011, Chief Judge Hunt held a hearing in the matter of *Righthaven, LLC v. Democratic Underground*, No. 2:10-cv-01356-RLH-GWF on the Court's Order to Show Cause why Righthaven, LLC ("Righthaven") should not be sanctioned for failing to disclose Stephens Media LLC's ("Stephens Media") direct financial interest in its hundreds of litigation filed in this district. Counsel for Democratic Underground, Laurence Pulgram and Kurt Opsahl appeared at that hearing, as did counsel for Righthaven and Stephens Media.

3. As part of Judge Hunt's oral order at that hearing, Righthaven is to file a copy of the transcript including the Court's oral ruling in each of the cases it has filed in this district. No such transcript has yet been filed by Righthaven in this action. Accordingly, Democratic Underground attaches as **Exhibit 1** a true and correct copy of an excerpt of that transcript for consideration in relation to its response to this Court's Order to Show cause why Righthaven's case should not be dismissed for lack of standing.

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct. Executed on July 20, 2011, in San Francisco, California.

*/s/ Clifford Webb*
Clifford Webb

WEBB DECL. ISO AMICI RESPONSE TO OSC    1    CASE NO. 2:10-cv-01575-JCM (PAL)

**ATTORNEY ATTESTATION**

In accordance with the Court's Special Order No. 109, dated September 30, 2005, I hereby attest that concurrence in the filing of this document has been obtained from the signatories indicated by a "conformed" signature (/s/) within this e-filed document:

                                                     */s/ Laurence Pulgram*
                                                      Laurence Pulgram

FENWICK & WEST LLP
ATTORNEYS AT LAW
SAN FRANCISCO

WEBB DECL. ISO AMICI RESPONSE TO OSC     2     CASE NO. 2:10-cv-01575-JCM (PAL)