SHAWN A. MANGANO, ESQ.
Nevada Bar No. 6730
shawn@manganolaw.com
SHAWN A. MANGANO, LTD.
9960 West Cheyenne Avenue, Suite 170
Las Vegas, Nevada  89129-7701
Tel:    (702) 304-0432
Fax:    (702) 922-3851

DALE M. CENDALI, ESQ. (admitted *pro hac vice*)
dale.cendali@kirkland.com
KIRKLAND & ELLIS LLP
601 Lexington Avenue
New York, New York  10022
Tel:    (212) 446-4800
Fax:    (212) 446-4900

*Attorneys for Plaintiff Righthaven LLC*

**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| RIGHTHAVEN LLC, a Nevada limited-liability company,<br><br>Plaintiff,<br><br>vs.<br><br>PAHRUMP LIFE, an entity of unknown origin and nature; MAREN SCACCIA, an individual; and MICHAEL SCACCIA, an individual,<br><br>Defendants. | Case No.:  2:10-cv-01575-JCM-PAL<br><br>**JOINT STIPULATION AND ORDER TO ALLOW SUPPLEMENTAL BRIEFING FOR RIGHTHAVEN LLC'S MOTION FOR LEAVE TO FILE AN AMENDED COMPLAINT** |

IT IS HEREBY STIPULATED BETWEEN Righthaven LLC ("Righthaven"), by and through its counsel; Defendant Michael Scaccia, pro se; Amicus Democratic Underground, LLC, by and through its counsel; Amicus Media Bloggers Association, by and through its counsel; Amicus Jason Schultz, by and through his counsel; and Amicus Citizens Against Litigation Abuse Incorporated, by and through its counsel, as follows:

1. On June 23, 2011, Righthaven moved the Court for leave to file an amended complaint alleging what it asserts to be recent facts related to its ownership of the copyright at issue.

1

(Dkt. 45.)  Prior to filing its motion to amend, Righthaven submitted an omnibus response to the amicus curiae briefs filed by Democratic Underground and Professor Jason Schultz (the "Omnibus Response").  In that brief, Righthaven addressed what it asserts to be the basis for its standing to sue for copyright infringement under the Clarification and Amendment to Strategic License Agreement ("Amendment").  (*See* Dkt. 44, Righthaven's Omnibus Response to the *Amicus Curiae* Briefs of Democratic Underground and Professor Jason Schultz.)

   2. On July 11, 2011, Righthaven filed a supplemental memorandum in support of its motion for leave to amend, apprising the Court of the Amended and Restated Strategic Alliance Agreement ("Restated and Amended SAA"), which was executed on July 7, 2011.  Righthaven and Stephens Media assert that they executed the Restated and Amended SAA in order to address the concerns raised in *Righthaven LLC v. Hoehn*, where the Court in that case found that Righthaven lacked standing to sue under the Amendment.  Doc. # 28, Case. No. 2:11-CV-00050-PMP-RJJ (D. Nev.) (Pro, J.)

   3. The hearing on both Righthaven's motion for leave to file an amended complaint and the Court's Order to Show Cause regarding Righthaven's standing is currently scheduled for July 27, 2011.

   4. *Amici* would like the opportunity to address Righthaven's standing under the Restated and Amended SAA and Righthaven would like the opportunity to respond.  Therefore, the parties agree to, and respectfully request, a revised briefing schedule as follows:

- *Amici* shall have until July 20, 2011 to file additional memoranda in opposition to Righthaven's motion for leave to amend in order to address whether Righthaven has standing to sue under the Restated and Amended SAA.
- Righthaven shall have until July 25, 2011 to submit an omnibus reply to all such oppositions.

Dated this 20th day of July, 2011.

| | |
|---|---|
| FENWICK & WEST | SHAWN A. MANGANO, LTD. |
| By: /s/ Laurence F. Pulgram<br>LAURENCE F. PULGRAM, ESQ.<br>lpulgram@fenwick.com<br>555 California Street, 12th Floor<br>San Francisco, California 94104<br><br>KURT OPSAHL, ESQ.<br>ELECTRONIC FRONTIER FOUNDATION<br>454 Shotwell Street<br>San Francisco, California 94110<br><br>*Attorneys for Amicus Democratic Underground, LLC* | By: /s/ Shawn A. Mangano<br>SHAWN A. MANGANO, ESQ.<br>Nevada Bar No. 6730<br>shawn@manganolaw.com<br>9960 West Cheyenne Avenue, Suite 170<br>Las Vegas, Nevada 89129-7701<br><br>DALE CENDALI, ESQ.<br>KIRKLAND & ELLIS LLP<br>dale.cendali@kirkland.com<br>601 Lexington Avenue<br>New York, New York 10022<br><br>*Attorneys for Plaintiff Righthaven LLC* |
| CHAD A. BOWERS, LTD. | RANDAZZA LEGAL GROUP |
| By: /s/ Chad A. Bowers<br>CHAD A. BOWERS, ESQ.<br>Nevada Bar No. 7283<br>bowers@lawyer.com<br>3202 West Charleston Boulevard<br>Las Vegas, Nevada 89102<br><br>*Attorney for Amici Democratic Underground, LLC and Jason Schutlz*<br><br>By: /s/ Michael Scaccia<br>MICHEAL SCACCIA, Defendant *pro se*<br>4191 West Quail Run Road<br>P.O. Box 9466<br>Pahrump, Nevada 89060 | By: /s/ J. Malcom DeVoy IV<br>J. MALCOM DEVOY IV, ESQ.<br>Nevada Bar No. 11950<br>jmd@Randazza.com<br>7001 W. Charleston Blvd., # 1043<br>Las Vegas, Nevada 89117<br><br>*Attorneys for Amicus Media Bloggers Ass'n*<br><br>THE KINCANNON FIRM<br>J. TODD KINCANNON, ESQ.<br>1329 Richland Street<br>Columbia, South Carolina 29201<br><br>THE LAW OFFICES OF CLYDE DEWITT<br><br>By: /s/ Clyde DeWitt<br>Nevada Bar No. 9791<br>clydedewitt@earthlink.net<br>732 S. Sixth Street, Suite 100<br>Las Vegas, Nevada 89101<br><br>*Attorneys for Amicus Citizens Against Litigation Abuse, Inc.* |

**IT IS SO ORDERED:**

_/s/ James C. Mahan_
**UNITED STATES DISTRICT COURT JUDGE**

**DATED:** July 25, 2011