SHAWN A. MANGANO, ESQ.
Nevada Bar No. 6730
shawn@manganolaw.com
SHAWN A. MANGANO, LTD.
9960 West Cheyenne Avenue, Suite 170
Las Vegas, Nevada  89129-7701
Tel: (702) 304-0432
Fax: (702) 922-3851

*Attorney for Plaintiff*

# UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| RIGHTHAVEN LLC, a Nevada limited-liability company,<br><br>Plaintiff,<br><br>v.<br><br>MAREN SCACCIA, an individual; and MICHAEL SCACCIA, an individual,<br><br>Defendants. | Case No.: 2:10-cv-01575-JCM-PAL<br><br>**CERTIFICATE OF SERVICE** |

  Pursuant to Federal Rule of Civil Procedure 5(b) and in compliance with Judge Roger L. Hunt's Minute Order (Doc. 138), in the matter of *Righthaven v. Democratic Underground*, 2:10-cv-1356-RLH-GWF, I hereby certify that on this 5th day of August, 2011, I caused the following documents to be served:

  1. The Strategic Alliance Agreement between Righthaven LLC and Stephens Media LLC;

  2. The Order on the Motion for Voluntary Dismissal with Prejudice; Motion to Dismiss or Strike; and the Motion for Summary Judgment (Doc. 116); and

  3. The Transcript of the Order to Show Cause Hearing, dated July 14, 2011.

The foregoing documents were served as follows:

    via United States mail to:

Michael Scaccia
4191 West Quail Run Road
P.O. Box 9466
Pahrump, NV 89060

Maren Scaccia
4191 West Quail Run Road
P.O. Box 9466
Pahrump, NV 89060

    via electronic mail to:

Media Bloggers Association
c/o James M. DeVoy, Esq.
jmd@randazza.com

Democratic Underground, LLC
c/o Lawrence Pulgram, Esq.
lpulgram@fenwick.com

Democratic Underground, LLC
c/o Chad Bowers, Esq.
chadbowers@lawyer.com

Professor Jason Schultz
c/o Chad Bowers, Esq.
chadbowers@lawyer.com

Citizens Against Litigation Abuse, Inc.
c/o Clyde DeWitt, Esq.
clydedewitt@earthlink.net

                              By: Steven G. Ganim
                              Steven G. Ganim
                              An employee of Righthaven LLC