LAURENCE F. PULGRAM (CSB No. 115163)
lpulgram@fenwick.com
FENWICK & WEST LLP
555 California Street, 12th Floor
San Francisco, CA  94104
Telephone:    415-875-2300
Facsimile:    415-281-1350

Attorneys for *Amicus Curiae*
Democratic Underground, LLC


CHAD BOWERS (NV State Bar No. 7283)
chadalbertbowers@gmail.com
CHAD A. BOWERS, LTD
3202 West Charleston Boulevard
Las Vegas, Nevada 89102
Telephone:    702-457-1001

Attorneys for *Amici Curiae*
Democratic Underground, LLC

UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF NEVADA

| | |
|---|---|
| RIGHTHAVEN LLC, a Nevada limited liability company,<br><br>                    Plaintiff,<br>      v.<br><br>PAHRUMP LIFE, an entity of unknown origin and nature; MAREN SCACCIA , an individual; and MICHAEL SCACCIA, an individual,<br><br>                    Defendants. | Case No. 2:10-cv-01575-JCM (PAL)<br><br>***AMICI CURIAE* DEMOCRATIC UNDERGROUND LLC'S NOTICE OF RECENT DECISION** |

**NOTICE OF RECENT DECISION**

*Amicus* Democratic Underground hereby provides notice to the Court of an opinion issued earlier this week, on September 27, 2011, by the United States District Court for the District of Colorado in *Righthaven LLC, v Wolf, et al.*, Case No. 1:11-cv-00830 (D. Colo). *Amicus* submits this decision for the Court's consideration, as a supplement to *Amici's* August 30, 2011 submission (Dkt. No. 69), filed in response to the Court's request for briefing on whether this matter should be dismissed with or without prejudice. Dkt. No. 67.

In the decision, attached hereto as an exhibit, Senior District Judge John L. Kane found that Righthaven lacked standing to sue for copyright infringement, granted summary judgment, and awarded attorneys fees. Based on the court's conclusion that jurisdictional issues raised in the defendant's Motion to Dismiss were intertwined with the merits of the copyright claim, the court converted a motion under Rule 12(b)(1) into one for summary judgment and granted such summary judgment for defendant. The conclusion of Judge Kane's opinion stated as follows:

> It is apparent from the terms of the Assignment and the Copyright Assignment Agreement that Righthaven lacks standing to institute an action for copyright infringement. Because the jurisdictional issues raised in the Motion to Dismiss are intertwined with the merits of the case, I convert Mr. Wolf's Rule 12(b)(1) motion to a Rule 56 motion and GRANT him SUMMARY JUDGMENT. Furthermore, in light of the need to discourage the abuse of the statutory remedies for copyright infringement, I exercise my discretion under Section 505 of the Copyright Act and ORDER that Righthaven shall reimburse Mr. Wolf's full costs in defending this action, including reasonable attorney fees.

Dated:   September 30, 2011          Respectfully

FENWICK & WEST LLP


By:   *s/ Laurence F. Pulgram*
         Laurence F. Pulgram

Attorneys for *Amicus Curiae*
Democratic Underground, LLC