UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

RIGHTHAVEN LLC,

    Plaintiff,

v.

PAHRUMP LIFE, et al.,

    Defendants.

2:10-CV-1575 JCM (PAL)

# ORDER

On August 12, 2011, this court, having considered the parties' written and oral arguments, issued an order directing the parties to submit supplemental briefing regarding whether this court should dismiss plaintiff's complaint with or without prejudice.

Having considered the supplemental briefing, this court finds that its dismissal of plaintiff Righthaven LLC for lack of standing is a dismissal on the merits. Accordingly, the complaint is dismissed with prejudice. *See Righthaven LLC v Democratic Underground*, Case No. 2:10-cv-01356-RLH -GWF (D. Nev March 7, 2012) ("The Court further finds that its June 14, 2011 Order dismissing Righthaven for lack of standing was a dismissal on the merits, and therefore Righthaven is dismissed with prejudice.").

IT IS SO ORDERED.

DATED March 22, 2012.

_____
UNITED STATES DISTRICT JUDGE

**James C. Mahan**
**U.S. District Judge**